NUMBER 13-00-011-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________ 


INTERNATIONAL REALTY CORPORATION , Appellant, 



v.

 
HOUSTON DEEPWATER, INC., ET AL. , Appellees. 

____________________________________________________________________ 


On appeal from the 215th District Court

of Harris County, Texas.

____________________________________________________________________ 



O P I N I O N

Before Justices Hinojosa, Yañez, and Chavez

Opinion Per Curiam



 Appellant, INTERNATIONAL REALTY CORPORATION , perfected an appeal from a judgment entered by the 215th
District Court of Harris County, Texas, in cause number 9356139 . After the record was filed, the parties filed a joint
motion to dismiss the appeal. In the motion, the parties state that they have reached a full and final settlement in this cause.
The parties request that the appeal be dismissed. 

 The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the
motion should be granted. The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. 

PER CURIAM 

Do not publish. 

Tex. R. App. P. 47.3. 

Opinion delivered and filed this 

the 4th day of May, 2000 .